UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| BART E., | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CAUSE NO.: 1:19-CV-475-JVB-JPK |
| | ) |
| ANDREW SAUL, Commissioner of the | ) |
| Social Security Administration, | ) |
|     Defendant. | ) |

## ORDER

This matter is before the Court on a Complaint [DE 1] filed on November 10, 2019, and Plaintiff's Opening Brief [DE 13] filed on March 5, 2020. The Court referred this case to Magistrate Judge Joshua Kolar for a report and recommendation under 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72(b), and Local Rule 72-1. [DE 12]. Judge Kolar issued his Report and Recommendation on January 21, 2021. [DE 18]. The parties were given notice that they had fourteen days in which to file objections to the report and recommendation. No party has filed objections.

Judge Kolar recommends that the Court reverse the Commissioner's decision to deny Plaintiff disability insurance benefits and supplemental security income and remand this case to the Commissioner for further proceedings. In brief, Judge Kolar found that the ALJ failed to properly evaluate the medical opinions of Plaintiff's treating psychiatrist, Dr. Hani Ahmad, and an independent examining psychiatrist, Dr. Ceola Berry, and failed to explain how the limitations in the RFC accounted for Plaintiff's difficulty interacting with others.

Having reviewed the report and recommendation, the Court finds no clear error. Therefore, noting the lack of objection, the Court hereby **ADOPTS** in its entirety Judge Kolar's Report and Recommendation [DE 18] and incorporates the Report and Recommendation into this Order.

Accordingly, the Court **GRANTS** the relief requested in the Opening Brief [DE 13], **REVERSES** the final decision of the Commissioner of Social Security, and **REMANDS** this matter for further proceedings consistent with this Order and the incorporated Report and Recommendation of Judge Kolar.

SO ORDERED on February 5, 2021.

s/ Joseph S. Van Bokkelen  
JOSEPH S. VAN BOKKELEN, JUDGE  
UNITED STATES DISTRICT COURT